**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**

**RENAISSANCE PLAZA at 350 JAY STREET**
**BROOKLYN, N.Y. 11201-2908**

**CHARLES J. HYNES**
***District Attorney***

**Maria Park**
***Assistant District Attorney***

July 1, 2008

By electronic email

Honorable John Gleeson
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Lashawn Fields v. Graham
08-CV-735 (JG)

Dear Judge Gleeson:

I am writing in response to the Court's Order to Show Cause dated February 25, 2008. I am writing to inform the Court that the Kings County District Attorney's Office did not receive defendant's petition for a writ of habeas corpus nor the Court's Order to Show Cause, and only became aware of the Court's order today, July 1, 2008. Accordingly, respondent has not filed a response to defendant's petition for a writ of habeas corpus.

Respondent requests an extension of time until July 23, 2008 in which to respond to defendant's petition. However, because defendant may be asking for a stay, as indicated in paragraph 13 of defendant's petition, so that he can file a motion to vacate his judgment of conviction in state court pursuant to New York Criminal Procedure Law section 440.10 on two grounds that defendant raises in his current petition for a writ of habeas corpus, respondent respectfully requests an extension of time in which to respond to defendant's petition until after he exhausts his state remedies, providing the Court grants defendant's request.

Additionally, I respectfully request that any further communication from the Court in regard to defendant's petition be electronically mailed to appealsefile@brooklynda.org. Thank you for your consideration.

Sincerely,

Maria Park
Assistant District Attorney
(718) 250-3013

By mail

cc: Lashawn Fields
04-A-1526
Auburn Correctional Facility
P.O. Box 618
Auburn, New York 13024