UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
LASHAWN FIELDS,

                     Petitioner,

-against-

H.D. GRAHAM, Superintendent,
Auburn Correctional Facility,

                     Respondent.
----------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 10 2008 ★

BROOKLYN OFFICE

JUDGMENT
08 CV 735 (JG)

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having filed on September 5, 2008, denying the petition; denying a certificate of appealibility, stating that the petitioner has failed to make a substantial showing that he was denied a constitutional right; it is,

ORDERED and ADJUDGED that the petitioner take nothing of the respondent; that the petition is denied; and that a certificate of appealability will not issue.

Dated: Brooklyn, New York
        September 9, 2008

                                      s/Robert C. Heinemann
                                      ROBERT C. HEINEMANN
                                      Clerk of Court